**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEWIS, II,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>MS. T. JUSINO, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 22-00200 DMG (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED without prejudice.

DATED: May 6, 2022

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　United States District Judge